**DISMISS; and Opinion Filed January 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01177-CV

**MICHAEL BORSCHOW, Appellant**
**V.**
**TEXAS HEARING, INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00423-A**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Before the Court is appellant's December 23, 2014, motion to withdraw his appeal. In the

motion, appellant states he does not desire to appeal the matter and would like to withdraw the

appeal. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141177F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL BORSCHOW, Appellant

No. 05-14-01177-CV        V.

TEXAS HEARING, INC., Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-00423-A.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Myers participating.

        Based on appellant's December 23, 2014, motion to dismiss the appeal and in accordance
with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 15th day of January, 2015.